NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* CABOT GAS CORPORATION, Respondent.

Submitted May 15, 1939; decided June 2, 1939.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 654.)